UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD J. POTTER,

      Plaintiff,

-against-

PORT JERVIS POLICE DEPARTMENT;
POLICE OFFICER ANDREW HANIUK,
SHIELD NO. 0037; POLICE OFFICER
CHRISTOPHER MEHEDIN, SHIELD NO.
12771,

      Defendants.

19-CV-10519 (CM)

CIVIL JUDGMENT

  Pursuant to the order issued February 3, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), with prejudice as to the Port Jervis Police Department and without prejudice as to Officers Hanieuk and Mehedin. The Court declines, under 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction over any state law claims that Plaintiff may be asserting.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 3, 2020
    New York, New York

                    COLLEEN McMAHON
                    Chief United States District Judge